**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Tyesha Davis, Robert Wideman, Ellisha Davis, and John Doe, Defendants,

of whom Robert Wideman is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2023-000007

———————

Appeal From Greenville County
Katherine H. Tiffany, Family Court Judge

———————

Unpublished Opinion No. 2023-UP-194
Submitted May 17, 2023 – Filed May 18, 2023

———————

**AFFIRMED**

———————

Robert Mills Ariail, Jr., of Law Office of R. Mills Ariail, Jr., of Greenville, for Appellant.

Amanda Stiles, of South Carolina Department of Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

———————

**PER CURIAM:** Robert Wideman appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Wideman's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**

———————

[1] We decide this case without argument pursuant to Rule 215, SCACR.